FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH E. JUDKINS, Psy.D, a single woman,<br><br>                  Plaintiff,<br><br>             v.<br><br>GONZAGA UNIVERSITY, a Washington nonprofit corporation,<br><br>                  Defendant. | No. 2:16-CV-0164-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 19, 2017, the parties filed a Joint Stipulation of Dismissal of All Claims With Prejudice, ECF No. 19. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Joint Stipulation of Dismissal of All Claims With Prejudice, **ECF No. 19**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of April 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge